IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD COHEN, | CASE NO. CIV.-05-2603 DFL DAD |
| Plaintiff, | |
| v. | ORDER RE DISPOSITION AFTER NOTIFICATION OF SETTLEMENT |
| KENNY KIM YUEN LEE TRUST, YIM OI LEE TRUST, | |
| Defendants. | |

The court has been advised by plaintiff's counsel, Thomas N. Stewart III, Esq., that this action has been settled. Therefore, it is not necessary that the action remain upon the court's active calendar.

Accordingly, IT IS ORDERED:

1. That counsel file settlement/dismissal documents, in accordance with the provisions of Local Rule 16-160, no later than October 10, 2006; and

//

//

1

2. That all hearing dates previously set in this matter are vacated.

IT IS SO ORDERED.

Dated: 9/11/2006

                                                      DAVID F. LEVI
United States District Judge

2